**JOHN D. SULLIVAN**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: John.Sullivan2@usdoj.gov**

**FILED**

FEB 2 2 2018

Clerk, U.S. Courts
District Of Montana
Billings Division



**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-26 -BLG- DLC** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE** (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| **JEFFERSON SCOTT PERRIGO, CRYSTAL KAY SKINNER, and JOECEE LEE SHULTZ,** | |
| **Defendants.** | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count II) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

1

**DISTRIBUTION OF METHAMPHETAMINE**
**(Counts III-VI)**
**Title 21 U.S.C. § 841(a)(1)**
**(Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)**

**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**
**Title 18 U.S.C. § 924(c)(1)(A)(i)**
**(Count VII)**
**(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)**

**FORFEITURE ALLEGATION**
**Title 21 U.S.C. §§ 853 and 881**
**Title 18 U.S.C. § 924(d)**

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or about September 2017, and continuing thereafter until in or about November 2017, at Billings, in Yellowstone County and elsewhere, in the State and District of Montana, the defendants, JEFFERSON SCOTT PERRIGO, CRYSTAL KAY SKINNER, and JOECEE LEE SHULTZ, together with others both known and unknown to the Grand Jury, knowingly conspired and agreed to distribute, and to possess with the intent to distribute, in violation of

21 U.S.C. § 841(a)(1), 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That beginning in or about September 2017, and continuing thereafter until in or about November 2017, at Billings, in Yellowstone County and elsewhere, in the State and District of Montana, the defendants, JEFFERSON SCOTT PERRIGO, CRYSTAL KAY SKINNER, and JOECEE LEE SHULTZ, knowingly possessed, with the intent to distribute, 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about October 20, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, CRYSTAL KAY SKINNER, knowingly distributed five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT IV

That on or about October 23, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, CRYSTAL KAY SKINNER, knowingly distributed five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3

## COUNT V

That on or about October 25, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, CRYSTAL KAY SKINNER, knowingly distributed five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VI

That on or about November 1, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, CRYSTAL KAY SKINNER, knowingly distributed five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VII

That on or about November 6, 2017, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, JEFFERSON SCOTT PERRIGO, knowingly possessed a firearm, an I.O. Inc., Hellcat .38 caliber semi-automatic pistol (serial number X0930), in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, namely those alleged in counts I and II above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

FORFEITURE ALLEGATION

Upon conviction of any offense set forth in Counts I, II, or VII of this indictment, the defendant, JEFFERSON SCOTT PERRIGO, shall forfeit, pursuant to 21 U.S.C. § § 853(a)(1) and (2) and 881 and 18 U.S.C. § 924(d): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the violations in Counts I, II, and VII; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, the offenses in Counts I, II, and VII; (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property; and (4) and firearm used in the commission of the offense alleged in Count VII.

The property to be forfeited includes, but is not limited to, the following:

- I.O. Inc., Hellcat, .380 caliber semi-automatic pistol (serial number X0930)

The United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p), if any of the property that constitutes and is derived from the proceeds traceable to the offenses set forth in this indictment:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third

    party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property that cannot be

divided without difficulty, the United States of America shall be entitled to

forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____

Warrant: ✓ Skinner, Schultz

Bait: USMS custody - Perrigo