# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOECEE LEE SHULTZ,<br><br>Defendant. | CR 18-26-BLG-SPW-3<br><br>ORDER |

The Defendant having filed an Unopposed Motion for Temporary Release to Attend Father's Memorial (Doc. 68), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall be temporarily released from the U.S. Marshal's custody to attend Kevin Wilkes, his step-father's, memorial service at the First United Methodist Church in Billings, Montana on Wednesday, November 14, 2018 at 2:00 p.m.

The Defendant shall be **released** from custody in Basin Wyoming on **November 14, 2018 at 9:00 a.m.** and allowed to travel with Kathy Wilkes to Billings, Montana.

The Defendant will then **surrender himself to the Big Horn County Jail in Basin Wyoming on November 15, 2018 by 12:00 p.m.**

While released the Defendant shall comply with all federal, state and local laws. The Defendant shall not use or possess any alcohol or drugs, or drug paraphernalia. The Defendant's family shall report any violations of the Defendants release conditions immediately to law enforcement.

DATED this 9th day of November, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge