IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-26-BLG-SPW-3 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOECEE LEE SHULTZ, | |
| Defendant. | |

The Defendant having filed an Unopposed Motion for Extension of Deadline to Surrender After Temporary Release (Doc. 71), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's deadline to self surrender shall be extended. The Defendant will self surrender and report to the Big Horn County Jail in Basin, Wyoming on November 15, 2018 on or before 5:00 p.m.

While released the Defendant shall comply with all federal, state and local laws. The Defendant shall not use or possess any alcohol or drugs, or drug paraphernalia. The Defendant's family shall report any violations of the

Defendants release conditions immediately to law enforcement.

DATED this 15th day of November, 2018.

SUSAN P. WATTERS
United States District Judge