IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

DEC 21 2018

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18-26-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOECEE LEE SHULTZ, | |
| Defendant. | |

Upon the Defendant's Motion to Vacate the Presentence Report and Sentencing Memoranda deadlines (Doc. 78) and for good cause shown,

IT IS HEREBY ORDERED that the sentencing hearing set for January 24, 2019, at 10:30 a.m. in this matter is VACATED.

IT IS ALSO ORDERED that the current deadlines related to the preparation of the Presentence Report, and the parties' sentencing memoranda are hereby VACATED.

IT IS FURTHER ORDERED that the sentencing hearing, and the Presentence Report and sentencing memoranda deadlines will be rescheduled when the Arrest Warrant is served on the Defendant.

1

DATED this 20th day of December 2018.

                                                                       */s/ Susan P. Watters*
                                                                       SUSAN P. WATTERS
                                                                       United States District Judge